IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEJUAN MINOR,

    Petitioner,                No. CIV S-00-1339 LKK JFM P

    vs.

ANTHONY NEWLAND, Warden,

    Respondent.             <u>ORDER</u>

_____/

        On May 19, 2005, petitioner submitted a request regarding his findings and recommendations.[1] That document was not served on respondent. Petitioner is advised that every document submitted to the court for consideration must be served on respondent. Fed. R. Civ. P. 5; Rule 11, Fed. R. Governing § 2254 Cases. Documents not to be served electronically are usually served by placing a copy in the U.S. Mail. If an attorney has filed a document with the court on behalf of respondent, then documents submitted by petitioner must be served on that attorney and not on the respondent himself. Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate

---

[1] Petitioner's objections were filed on May 10, 2005 and have been forwarded to the district court for review. So long as petitioner keeps the court apprised of his current address, he will be notified of any order that issues concerning the April 14, 2005 findings and recommendations.

1

1  copy of the document was mailed to respondent or his attorney and the address to which it was
2  mailed.  See Local Rule 5-135(b) and (c).
3        Accordingly, IT IS HEREBY ORDERED that petitioner's May 19, 2005 request
4  regarding his findings and recommendations will be placed in the court file and disregarded.
5  Petitioner is cautioned that failure to properly serve any documents subsequently filed in this
6  action, and failure to include a proper certificate of service with such filing, will result in a
7  recommendation that this action be dismissed.
8  DATED: June 2, 2005.

UNITED STATES MAGISTRATE JUDGE

/kf
mino1339.135