UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEJUAN MINOR,

        Petitioner,

   v.

TOM CAREY, Warden,

        Respondent.
                                    /

NO. CIV. S-00-1339 LKK/JFM P

O R D E R

On August 12, 2005, this court entered an order adopting the findings and recommendation of the magistrate judge and denying the application for a writ of habeas corpus filed by petitioner, a state prisoner proceeding pro se. Petitioner has timely filed a notice of appeal of that order. Before petitioner can appeal this decision, a certificate of appealability must issue. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

Under the Anti-Terrorism and Effective Death Penalty Act ("AEDPA"), a certificate of appealability ("COA") may not issue unless "the applicant has made a substantial showing of the denial

1

1 of a constitutional right." 28 U.S.C. § 2253(c) (1994 ed., Supp.
2 III). This demonstration requires the applicant to show that
3 "reasonable jurists could debate whether . . . the petition should
4 have been resolved in a different manner or that the issues
5 presented were 'adequate to deserve encouragement to proceed
6 further.'" <u>Slack v. McDaniel</u>, 529 U.S. 473-4, 484 (2000)(citing
7 <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).

8     Petitioner has made a substantial showing that his no contest
9 plea was not knowing, intelligent and voluntary. <u>Brady v. United
10 States</u>, 397 U.S. 742, 748 (1970). Accordingly, a Certificate of
11 Appealability shall issue on this basis.

12     IT IS SO ORDERED.

13     DATED: September 28, 2005.

<u>/s/Lawrence K. Karlton</u>
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2