IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEJUAN L. MINOR,

    Petitioner,                      No. CIV S-00-1339 LKK JFM P

    vs.

ANTHONY C. NEWLAND, et al.,

    Respondents.                  <u>ORDER</u>

_____/

    Petitioner, a state prisoner proceeding in forma pauperis, sought relief pursuant to 28 U.S.C. § 2254. Judgment was entered in this action on August 12, 2005. On September 16, 2005, petitioner filed a notice of appeal and a request for a certificate of appealability. On September 30, 2005, this court granted petitioner's request for a certificate of appealability. On October 12, 200, petitioner filed a motion for leave to proceed in forma pauperis on appeal.

    The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

Fed. R. App. P. 24(a). This court has separately issued a certificate of appealability, which requires a more substantial showing than that required for an appeal to be taken in forma

1

1  pauperis. Cf. Gardner v. Pogue, 558 F.2d 548, 551 (9th Cir. 1977). Since this court has not
2  otherwise found that plaintiff is not entitled to proceed on appeal in forma pauperis, petitioner's
3  motion for leave to proceed in forma pauperis on appeal will be denied as unnecessary.
4         In accordance with the above, IT IS HEREBY ORDERED that petitioner's
5  October 12, 2005 motion to proceed in forma pauperis on appeal is denied as unnecessary. See
6  Fed. R. App. P. 24(a).
7  DATED: January 12, 2006.

                    /s/Lawrence K. Karlton
                    UNITED STATES DISTRICT JUDGE

/mino1339.24gf